UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARRA EL JABER,

Plaintiff,

-against-

TOM, FROM THE PRO SE ROOM OF THE SOUTHERN DISTRICT OF NEW YORK, LAURA TAYLOR SWAIN, CHIEF UNITED STATES DISTRICT JUDGE,

Defendants.

26cv9043 (GBD)

CIVIL JUDGMENT

For the reasons stated in the October 29, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 6, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge